THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES TEELING, Appellant.

*People* v. *Teeling*, 140 App. Div. 945, affirmed.
(Argued June 9, 1911; decided October 3, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 7, 1910, which affirmed a judgment of the

Albany County Court rendered upon a verdict convicting the defendant of the crime of violating section 986 of the Penal Law, in recording and registering bets and wagers.

*Thomas F. Powers* for appellant.

*Rollin B. Sanford, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.